**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Petra ROMERO–CARRILLO, Defendant—Appellant.**

**No. 02–50178.**

**D.C. No. CR–01–03325–JSR.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided March 12, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

## MEMORANDUM **

Petra Romero–Carrillo appeals her conviction, following a guilty plea, for importa-

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

tion of marijuana in violation of 21 U.S.C. §§ 952 and 960.

Romero–Carrillo's contention that 21 U.S.C. § 960 is facially unconstitutional following *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that *United States v. Harris*, 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), overrules *United States v. Buckland*, 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied*, 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002), and *United States v. Mendoza–Paz*, 286 F.3d 1104 (9th Cir.), *cert. denied*, — U.S. —, 123 S.Ct. 573, 154 L.Ed.2d 459 (2002), is foreclosed by *United States v. Hernandez*, 322 F.3d 592 (9th Cir.2003). Romero–Carrillo's conviction is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.